FILED & ENTERED

SEP 13 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY RUST         DEPUTY CLERK

**NOT FOR PUBLICATION**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>DAVID L. DECRET,<br><br>　　　　　　　　Debtor.<br>――――――――――――――――――――<br>CATHERINE M. WARD, Individually and as trustee of the Ward Living Trust dated 2/23/96,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DAVID DECRET,<br><br>　　　　　　　　Defendant. | Case No. 9:16-bk-11356-PC<br><br>Chapter 7<br><br>Adversary No. 9:16-ap-01066-PC<br><br><br>**JUDGMENT**<br><br><br>Date:　August 18, 2017<br>Time:　9:00 a.m.<br>Place:　United States Bankruptcy Court<br>　　　　Courtroom # 201<br>　　　　1415 State Street<br>　　　　Santa Barbara, CA 93101 |

　　　At the above captioned date and time, this adversary proceeding came on for trial before the court. Appearances were stated on the record. The issues having been duly tried, and based

upon the findings of fact and conclusions of law contained in the Memorandum Decision of even date herewith, it is

ORDERED, ADJUDGED and DECREED that that the relief requested in Plaintiff's complaint be, and the same is hereby, denied and this adversary proceeding is dismissed with prejudice. All other relief requested is hereby denied.

###

Date: September 13, 2017

Peter H. Carroll
United States Bankruptcy Judge